Exhibit "B"

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. |  |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 3 |
|---|---|

| Document ID: ███████████ | Document Date: 08-25-2009 | Preparation Date: 08-25-2009 |
|---|---|---|
| Document Type: INITIAL COOP UCC1 | | COOPERATIVE WITH ADDENDUM |
| Document Page Count: 2 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| A+ ABSTRACT, INC.<br>274 FOURTH AVENUE<br>2ND FLOOR<br>BROOKLYN, NY 11215 | A+ ABSTRACT, INC.<br>274 FOURTH AVENUE<br>2ND FLOOR<br>BROOKLYN, NY 11215 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1363 | 31  Entire Lot | 9B | 434 EAST 52ND STREET |

Property Type: SINGLE RESIDENTIAL COOP UNIT

### CROSS REFERENCE DATA

CRFN _____ or Document ID _____ or _____ Year ____ Reel __ Page ____ or File Number _____

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| EIKO IMAI<br>434 EAST 52ND STREET, APT. 9B<br>NEW YORK, NY 10022 | JP MORGAN CHASE BANK, N.A.<br>1111 POLARIS PARKWAY<br>COLUMBUS, OH 10022 |

### FEES AND TAXES

| Mortgage | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 40.00 | | |
| Affidavit Fee: | $ 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed    08-28-2009 08:5█
City Register File No.(CRFN): ████████

*City Register Official Signature*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. SEND AN ACKNOWLEDGMENT TO: (Name and Address)**

The Law Office of Stan G. Horowitz
380 Lexington Avenue, Suite 1700
New York, New York 10168

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME: Imai | FIRST NAME: Eiko | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS: 434 East 52nd Street, Apt. 9B | CITY: New York | STATE: New York | POSTAL CODE: 10022 | COUNTRY: USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME OF TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: JP Morgan Chase Bank, N.A. | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS: 1111 Polaris Parkway | CITY: Columbus | STATE: OH | POSTAL CODE: 43240 | COUNTRY: USA |

**4.** This FINANCING STATEMENT covers the following collateral:

Debtor(s) Interest in the stock(167 shares) for Unit #9B at 434 East 52nd Street, New York, New York 10022 plus the Proprietary Lease with Southgate Owners Corp. and any replacement or additional stock and any lease amendments or replacements. This cooperative property financing statement shall be effective until a termination is filed.

Loan No.

**5. ALTERNATIVE DESIGNATION (if applicable):** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☒ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable)

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE)   (optional)   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA** Horowitz Reference Number

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME + PHONE OF CONTACT AT FILER (optional)

B. SEND AN ACKNOWLEDGMENT TO: (Name and Address)

The Law Office of Stan G. Horowitz
380 Lexington Avenue, Suite 1700
New York, New York  10168

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 19. Complete EITHER 19a. or 19b. | 19a. This COOPERATIVE ADDENDUM ☒ accompanies a FINANCING STATEMENT | 19b. File Number assigned to the Initial FINANCING STATEMENT |

**20 FIRST DEBTOR OF RECORD** (Complete either 20a. or 20b. but not both)

20a. ORGANIZATION'S NAME

OR 20b. INDIVIDUAL'S LAST NAME: Imaj | FIRST NAME: Eiko | MIDDLE NAME | SUFFIX

**21 FIRST SECURED PARTY OF RECORD** (Complete either 21a. or 21b. but not both)

21a. ORGANIZATION'S NAME
JP Morgan Chase Bank, N.A.

OR 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**22.** This COOPERATIVE ADDENDUM covers: (Check one.)
☒ One COOPERATIVE INTEREST  ☐ More than one COOPERATIVE INTEREST

**23.** Unit uses: (Check all that apply.)
☒ Residential  ☐ Commercial  ☐ Parking
☐ Storage  ☐ Other (if checked, complete 23a).

**IMPORTANT:**
This COOPERATIVE ADDENDUM if for use when the collateral includes a COOPERATIVE INTEREST.

Only as to collateral which is a COOPERATIVE INTEREST, but not as to other collateral, the initial FINANCING STATEMENT to which this COOPERATIVE ADDENDUM relates shall be effective for 50 years from the date of filing the initial FINANCING STATEMENT.

23a. Specify other Unit use(s):

**24. COOPERATIVE UNIT REAL PROPERTY FILING DATA:**

24a. ADDRESS NUMBER and STREET: (One only)
434 East 52nd Street

24b. COMMUNITY (e.g. City, Town, Village or Borough):
New York

24c. COUNTY:
New York

24d. DISTRICT:

24e. SECTION:

24f. BLOCK:
1363

24g. LOT:
31

24h. UNIT NUMBER(S) or DESIGNATION(S):
9B

**25.** Name of the COOPERATIVE ORGANIZATION
Southgate Owners Corp.

**26.** Complete if applicable. (If check, complete 26a.)
☐ The purpose of this COOPERATIVE ADDENDUM is to SUBORDINATE this security interest to another security interest in the same COOPERATIVE INTEREST

26a. FILE NUMBER of security interest being given consensual priority:

**27.** Check if Applicable:
☐ The security agreement provides for FUTURE ADVANCES.

**28.** MISCELLANEOUS:

NEW YORK UCC FINANCING STATEMENT COOPERATIVE ADDENDUM  (FORM UCC1Ad) (REV. 6/14/01)

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |

**RECORDING AND ENDORSEMENT COVER PAGE** — PAGE 1 OF 5

**Document ID:** [redacted]  **Document Date:** 05-23-2016  **Preparation Date:** 05-24-2016
**Document Type:** UCC3 ASSIGNMENT   COOPERATIVE WITH ADDENDUM
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| PARAMOUNT LAND INC<br>584 MAIN ST<br>ISLIP, NY 11751 | PARAMOUNT LAND INC<br>584 MAIN ST<br>ISLIP, NY 11751 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1363 | 31  Entire Lot | 9B | 434 E 52ND STREET |

**Property Type:** SINGLE RESIDENTIAL COOP UNIT

### CROSS REFERENCE DATA

CRFN: [redacted]

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| EIKO IMAI<br>434 E 52ND STREET, 9B<br>NEW YORK, NY 10022 | JPMORGAN CHASE BANK, NA<br>1111 POLARIS PARKWAY<br>COLUMBUS, OH 43420 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 40.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    05-24-2016 11:43
City Register File No.(CRFN): [redacted]

*Annette M Hill*
*City Register Official Signature*



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 5 |

Document ID: 
Document Type: UCC3 ASSIGNMENT
Document Date: 05-23-2016
Preparation Date: 05-24-2016

**PARTIES**

DEBTOR:
YOSKE IMAI
434 E 52ND STREET, 9B
NEW YORK, NY 10022

**PARTIES**

NEW SECURED PARTY:
MTGLQ INVESTORS, LP

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Paramount Land, Inc.
584 Main Street
Islip, NY 11751

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
08/28/2009

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. ✓

**2.** ☐ TERMINATION

**3.** ☐ CONTINUATION

**4.** ✓ ASSIGNMENT (full or partial)

**5.** ☐ AMENDMENT (PARTY INFORMATION)

**6. CURRENT RECORD INFORMATION**

**6b. INDIVIDUAL'S LAST NAME:** IMAI
**FIRST NAME:** EIKO

**7. CHANGED (NEW) OR ADDED INFORMATION**

**7a. ORGANIZATION'S NAME:** MTGLQ INVESTORS, LP

**7c. MAILING ADDRESS:** 6011 CONNECTION DRIVE, 5th FLOOR
**CITY:** IRVING
**STATE:** TX
**POSTAL CODE:** 75039
**COUNTRY:** USA

**7d.** Not Applicable
**ADD'L INFO RE ORGANIZATION DEBTOR**

**8. AMENDMENT (COLLATERAL CHANGE):**

Debtor(s) interest in the stock (167 shares) for Unit 9B at 434 E 52nd Street, New York, NY 10022 plus the Proprietary Lease with Southgate Owners Corp. and any replacement or additional stock and any lease amendments or replacements. This cooperative property financing statement shall be effective until a termination is filed.

B-1363  L-31

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**

**9a. ORGANIZATION'S NAME:** JPMORGAN CHASE BANK, N.A.

**10. OPTIONAL FILER REFERENCE DATA**

Loan

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
▓▓▓▓▓▓▓▓ 08/28/2009

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

OR: JPMORGAN CHASE BANK, N.A.

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

EIKO IMAI AND YOSKE IMAI

Debtor(s) interest in the stock (167 shares) for Unit 9B at 434 E 52nd Street, New York, NY 10022 plus the Proprietary Lease with Southgate Owners Corp. and any replacement or additional stock and any lease amendments or replacements. This cooperative property financing statement shall be effective until a termination is filed.

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**14. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
08/28/2009

**15. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)
15a. ORGANIZATION'S NAME: **JPMORGAN CHASE BANK, N.A.**

**16. MISCELLANEOUS**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**17. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (17a or 17b) - do not abbreviate or combine names

| 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| IMAI | YOSKE | | |

| 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 434 E 51nd STREET, APT. 9B | NEW YORK | NY | 10022 | USA |

17d. SEE INSTRUCTIONS: Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 17e. TYPE OF ORGANIZATION | 17f. JURISDICTION OF ORGANIZATION | 17g. ORGANIZATIONAL ID #, if any | NONE

**18. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (18a or 18b) - do not abbreviate or combine names

(blank)

**19. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (19a or 19b) - do not abbreviate or combine names

(blank)

**20. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (20a or 20b)

(blank)

**21. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (21a or 21b)

(blank)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY (FORM UCC3AP) (REV. 05/22/02)