UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
IN RE:                                                          CASE NO.: 16-12428-cgm

Yoske Imai *aka* YOSKE IMAI *aka*                  Chapter: 13
YOSKE P IMAI *aka* Yosule Imai and Eiko
Imai *aka* EIKO IMAI *aka* EIKO C IMAI,

                    DEBTORS.          CHIEF JUDGE: CECELIA G. MORRIS
-----------------------------------------------------X

### FRCP 55 AFFIDAVIT

As attorney for Movant admitted to practice before this Court, I represent that upon information and belief, the debtors are not an infant, incompetent, or in the military.

_____
Seung Woo Lee, Esq.

Sworn to before me this
__14__ day of __March__, 2018

_____
NOTARY PUBLIC

AMELIA LIPSEY
Notary Public, State of New York
No. 01LI6040254
Qualified in Nassau County
Commission Expires April 17, 20__18__